AARON D. FORD
   Attorney General
JESSICA BROWN (Bar No. 14487)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Defendant*
*Nevada of Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00086-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections, Alvarado, Kheila Brice, Burse, Dreesen, Karissa Currier, Daniels, Espinoza, Davis Federico Fonseca, Nowell Granados, Hutchings, Gabriela Najera, Jennifer Nash, Romero, Tam, Willet, Brian Williams, and Michael Williams, and all others named and unnamed, by and through counsel Aaron D. Ford, Attorney General and Jessica Brown, Deputy Attorney General, of the State of Nevada, and Plaintiff, Jamal Damon Hendrix #1083418, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 19th day of September, 2023.

By: /s/ Jamal D. Hendrix
Jamal Damon Hendrix
Plaintiff, *Pro Se*

DATED this 29th day of August, 2023.
AARON D. FORD
Attorney General

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____ September 27, 2023.

_____
UNITED STATES DISTRICT JUDGE